SANDHILL LAND & CATTLE COMPANY, APPELLEE, v. CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY, APPELLANT.

FILED MARCH 16, 1917. No. 19321.

Judgment: REVERSAL: INVALID STATUTE.   A judgment based on a void act of the legislature will be reversed, if properly assailed, on appeal.

APPEAL from the district court for Grant county: JAMES N. PAUL, JUDGE.   *Reversed.*

*Byron Clark, Jesse L. Root, J. W. Weingarten, F. A. Wright* and *D. F. Osgood,* for appellant.

*E. H. Boyd, contra.*

ROSE, J.

This is an action to recover damages prescribed by statute for delay in the transportation of live stock.   Rev. St. 1913, secs. 6018, 6019.   From a judgment in favor of plaintiff for $400, defendant has appealed.

The invalidity of the statute under which the action was brought is pleaded as a defense.   Since the appeal was taken the statute has been declared unconstitutional. *Davison v. Chicago & N. W. R. Co.,* 100 Neb. 462.   On authority of that decision, the judgment of the district court is reversed and the cause remanded.

REVERSED.

SEDGWICK, J., not sitting.